UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANGIE SERRANO, ET AL                                      CIVIL ACTION

VERSUS                                                    NO:   16-15460

OTIS ELEVATOR CO., ET AL                                  SECTION: "R" (4)

## ORDER

Before the Court is the Plaintiffs' **Motion for Leave to File First Amended Complaint (R. Doc. 27)** seeking leave of the Court to file their first amended complaint, specifically to substitute fictitious entity names with the names of the actual insurer parties. R. doc. 27-1, p. 2. To date, there has been no opposition filed to the motion. Moreover, the Court notes that the instant motion was filed on April 3, 2017 on the deadline for filing amendments for pleadings. R. Doc. 21, p. 2.

"Rule 15(a) requires a trial court 'to grant leave to amend freely,' and the language of this rule 'evinces a bias in favor of granting leave to amend.'" *Jones v. Robinson Prop. Grp.*, 427 F.3d 987, 994 (5th Cir. 2005) (internal quotations marks omitted) (quoting *Lyn–Lea Travel Corp. v. Am. Airlines*, 283 F.3d 282, 286 (5th Cir.2002)). When denying a motion to amend, the court must have a "substantial reason" considering such factors as "'undue delay, bad faith or dilatory motive on the part of the movant, repeated failures to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party ...and futility of the amendment.'" *Marucci Sports, LLC v. Nat'l Collegiate Athletic Ass'n*, 751 F.3d 368, 378 (5th Cir. 2014) (quoting *Jones*, 427 F.3d at 994).

Here, the Plaintiff's motion for leave to amend was timely filed. Moreover, the motion is unopposed. The Plaintiffs seek to amend their complaint to substitute of actual insurer parties

in place of previously named factious entities. R. Doc. 27-1, p. 2. The Plaintiffs state that they learned these names recently during discovery. Given the liberal standard espoused by Rule 15 and that the Court sees no substantial reason to deny the motion, the Court grants the motion for leave to file an amended and supplemental complaint.

Accordingly,

**IT IS ORDERED** that the Plaintiffs' **Motion for Leave to File First Amended Complaint (R. Doc. 27)** is **GRANTED.**

New Orleans, Louisiana, this 19th day of April 2017.

_____
**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**